**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEMITRIS SULLIVAN,<br><br>       Petitioner,<br><br>   v.<br><br>ROBERT G. LUNA,<br><br>       Respondent. | Case No. 2:22-cv-07910-JWH-MAA<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

|   |   |
|---|---|
| 1 | Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition (ECF No. 15), Respondent's Motion to Dismiss (ECF No. 7), Petitioner's Notice of Non-Opposition to the Motion to Dismiss (ECF No. 34), the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge (ECF No. 50). The time for filing objections has expired, and no objections have been made. Therefore, it is hereby **ORDERED** as follows: |

1. The Report and Recommendation of the Magistrate Judge is **ACCEPTED**.
2. Respondent's Motion to Dismiss is **GRANTED**.
3. Judgment shall be entered **DENYING** the First Amended Petition and **DISMISSING** this action **without prejudice**.

**IT IS SO ORDERED.**

DATED: January 8, 2024

HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE