JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMITRIS SULLIVAN,<br><br>      Petitioner,<br><br>   v.<br><br>ROBERT G. LUNA,<br><br>      Respondent. | Case No. 2:22-cv-07910-JWH-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The First Amended Petition is **DENIED**
2. The action is **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

DATED: January 8, 2024

HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE

2